**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KRISTINE KING, <br><br> Plaintiff, <br><br> v. <br><br> HUNTER WARFIELD, INC., <br><br> Defendant. | Case No. 1:18-cv-01998 <br><br> Honorable Virginia M. Kendall <br><br> Honorable Sidney I. Schenkier <br> Magistrate Judge |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, KRISTINE KING, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant, HUNTER WARFIELD, INC..

May 18, 2018

Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Kristine King*

1